CHARLES H. BLOHM, respondent,

*v.*

JOHN M. HANNAN et al., appellants.

[Argued March 23d, 1914. Decided May 8th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *82 N. J. Eq. 192.*

*Mr. J. Emil Walscheid,* for the appellants.

*Mr. Charles H. Blohm* and *Messrs. McDermott & Enright,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BOGERT, HEPPENHEIMER—6.

*For reversal*—BERGEN, MINTURN, VREDENBURGH, WHITE—4.